FILED

MAR - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE WILSON, | No. C 05-5132 MHP (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| STATE OF CALIF. FOLSOM PRISON CORRECTIONAL OFFICERS, | |
| Respondents. | |

This pro se habeas action was filed on December 12, 2005, at which time the court notified petitioner in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Petitioner was advised that failure to pay the fee or file the application within thirty days would result in dismissal of the action. Petitioner did not pay the filing fee and did not file an in forma pauperis application. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Petitioner may file a new action, but should include a filing fee or an in forma pauperis application with a new petition to commence that new action. Petitioner is advised that any complaint concerning events at Folsom State Prison should be filed in the Eastern District of California, rather than in the Northern District. The clerk shall close the file.

IT IS SO ORDERED.

DATED: March 9 , 2006

Marilyn Hall Patel
United States District Judge

United States District Court
For the Northern District of California